# Order

Michigan Supreme Court
Lansing, Michigan

December 27, 2005

129578

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 129578
                                       COA: 262878
                                       Wayne CC: 03-010208-01

ALFRED TANNER,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                          _____

                                                  Clerk

11219